UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RUPERT ALLEYNE,                                   :
                                                  :
                        Plaintiff,                :      **ORDER**
                                                  :
               -against-                          :      04-CV-5245 (DLI)(JMA)
                                                  :
AMERICAN AIRLINES, et al.,                        :
                                                  :
                        Defendants.               :
-------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      By letter dated April 12, 2005, plaintiff requests an extension of time in which to serve defendant Local 501 of the Transport Workers Union of America. Plaintiff has not shown good cause for his failure to serve within the time allotted by Fed. R. Civ. P. 4(m). Accordingly, plaintiff must show good cause for such extension by filing appropriate affidavits or other documents with the court no later than April 26, 2005. Failure to demonstrate good cause by April 26, 2005 will result in dismissal of this action as to defendant Local 501 of the Transport Workers Union of America.


SO ORDERED

DATED:    Brooklyn, New York
             April 18, 2005

                                          _____/s/_____
                                                  DORA L. IRIZARRY
                                                United States District Judge